

# Fourth Court of Appeals
## San Antonio, Texas

June 1, 2015

No. 04-15-00220-CV

**IN THE INTEREST OF JHL,**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01904
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

    Appellant's second motion for extension of time to file complete response is hereby GRANTED. Appellant's response is due June 5, 2015. Because this is an appeal from an order terminating parental rights, no further extensions of time will be considered.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of June, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court